RECEIVED
06 JUN 12 PM 2:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 15 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

CENON POLINTAN, et. al.

    Defendant(s).

CASE NO. CR-06-0316 MHP

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

MICHAEL J. GREEN, an active member in good standing of the bar of HAWAII (particular court to which applicant is admitted) whose business address and telephone number is 345 Queen Street, Second Floor, Honolulu, HI 96813, Tel: (808) 521-3336, Fax: (808) 566-0347, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CENON POLINTAN.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 12, 2006

_____
United States District Judge