RECEIVED
NOV 13 AM 10:08
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED
NOV 1 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

United States of America

                Plaintiff(s),

    v.

CENON POLINTAN, et. al.

               Defendant(s).

CASE NO. CR.-06-0316 MHP

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

VICTOR J. BAKKE, an active member in good standing of the bar of DISTRICT OF HAWAII whose business address and telephone number (particular court to which applicant is admitted) is

220 S. King Street, #2290
Honolulu, Hawaii 96813
(808) 523-0077

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CENON POLINTAN.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/14/06

                                              MARILYN HALL PATEL
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CENON POLINTAN,

    Defendant.
_____/

Case Number: CR06-00316 -6 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 15, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara B. Silano
Stephanie M. Hinds
Stephen H. Jigger
Office of the U.S. Attorney
OCDETF
450 Golden Gate Ave.
San Francisco, CA 94102

Michael J. Green
345 Queen Street, 2nd Floor
Honolulu, HI 96813

Victor J. Bakke
220 S. King Street, #2290
Honolulu, Hawaii 96813

May Jin Mar
P.O. Box 6163
Moraga, CA 94570-6163
Dated: November 15, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk